UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 1 1 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Consuelo Jordan,                         )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )      Civil Action No. 17-1473 (UNA)
                                         )
EEOC, Washington Field Office,           )
Acting Director Mindy Weinstein,         )
                                         )
            Defendant.                   )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and

application to proceed *in forma pauperis*. The application will be granted and the case will be

dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Under that statute, the Court is required to

dismiss a case "at any time" it determines that the complaint fails to state a claim upon which

relief can be granted.

Plaintiff is a District of Columbia resident who has sued the Acting Director of the Equal

Employment Opportunity Commission's Washington Field Office ("EEOC"). Compl. Caption.

The complaint is not a model of clarity, but it appears from the attachments that this action arises

from EEOC's handling of plaintiff's employment discrimination complaint against the Executive

Office for United States Attorneys. "[N]o cause of action against the EEOC exists for challenges

to its processing of a claim." *Smith v. Casellas*, 119 F.3d 33, 34 (D.C. Cir. 1997) (per curiam).

Rather, "Congress intended the private right of action . . . under which an aggrieved employee

may bring a Title VII action directly against his or her employer [] to serve as the remedy for any

improper handling of a discrimination charge by the EEOC." *Id.*, citing 42 U.S.C. § 2000e-

1

5(f)(1).  Therefore, this case will be dismissed.  A separate Order accompanies this

Memorandum Opinion.

Date:  August _____, 2017

_____
United States District Judge

2